U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 1 9 2014

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**RICKY NORWOOD**                                                                   **PLAINTIFF**

**VS.**                          CASE NO. 14-4154 SOH

**SWIFT TRANSPORTATION COMPANY**
**AND DAVID PARKMAN**                                               **DEFENDANTS**

### NOTICE OF REMOVAL AND JURY DEMAND

Pursuant to 28 U.S.C. §§ 1441(b) and 1446, Defendants Swift Transportation Company and David Parkman (hereinafter "Defendants") file this Notice of Removal of this case from the Circuit Court of Miller County, Arkansas to the United States District Court for the Western District of Arkansas, and Defendants' short and plain statement of the grounds for removal is as follows:

1.      On September 25, 2014, Plaintiff Ricky Norwood filed his Complaint in the Circuit Court of Miller County, alleging the negligence of Defendants and seeking damages flowing therefrom.

2.      Plaintiff's complaint arises from an incident which occurred on Interstate 30 on February 8, 2014, in Miller County, Arkansas.  Plaintiff, a resident and citizen of the State of Arkansas, has named as Defendants David Parkman, a resident and citizen of the State of Missouri, and Swift Transportation Company, a foreign corporation with its principal place of business in the State of Arizona, and Plaintiff seeks to recover damages of $2,000,000 from these Defendants.

1

3.      Plaintiff's Complaint was served on Defendant David Parkman, a resident and citizen of the State of Missouri, by personal service of process on or about November 6, 2014, at his residence in Joplin, Missouri.   See Exhibit A.

4.      Separate Defendant Parkman has filed an answer to Plaintiff's complaint.  See Exhibit B.

5.      Separate Defendant Swift Transportation Company has filed an answer to Plaintiff's complaint. See Exhibit C.

6.      Both Defendant David Parkman and Defendant Swift Transportation Company consent to this removal proceeding and consent to this Honorable Court's exercise of venue and jurisdiction over them.

7.      As is required by 28 U.S.C. § 1446(a), copies of all "process, pleadings and orders served upon each such defendant" are attached hereto as Exhibits A, B and C.

8.      Any civil action filed in state court over which the federal district courts properly could exercise diversity jurisdiction pursuant to 28 U.S.C. § 1332 may be removed to federal court.  *See* 28 U.S.C. § 1441(b).

9.      This matter is removable because this Court properly may exercise diversity jurisdiction over the parties and subject matter hereto pursuant to 28 U.S.C. § 1332 with respect to Plaintiff's complaint against Defendants and therefore, Defendants' Notice of Removal to this Court is proper.  *See* 28 U.S.C. §§ 1332, 1441(b).

10.     Pursuant to the provisions of 28 U.S.C. §1441(a), the United States District Court for the Western District of Arkansas, Texarkana Division, is the federal district court for the district embracing the place where the state court suit is pending.

## DEMAND FOR A JURY TRIAL

11.     Defendants demand a trial by jury on all issues so triable.

WHEREFORE, Defendants David Parkman and Swift Transportation Company hereby remove this matter from the Circuit Court of Miller County, Arkansas to the United States District Court for the Western District of Arkansas, Texarkana Division, seeking that this Honorable Court exercise jurisdiction over this matter pursuant to 28 U.S.C. §1332, and these Defendants pray for all additional relief to which they may be entitled.

EVERETT, WALES & COMSTOCK
1944 E. Joyce Blvd.
P.O. Box 8370
Fayetteville, Arkansas 72703
Telephone: (479) 443-0292
Fax: (479) 443-0564

By: _____
        Christy Comstock
        Bar No. 92246

## CERTIFICATE OF SERVICE

I, Christy Comstock, state that I deposited in the United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following on this _19_ day of November 2014:

Kevin Kelley
Kelley Witherspoon, LLP
1700 S. Broadway
Little Rock, AR 72706

_____
Christy Comstock

3